1 | Jeremy T. Bergstrom, Esq.                                             E-filed on <u>May 13, 2010</u>
  | Attorney Bar No. 6904
2 | MILES, BAUER, BERGSTROM & WINTERS, LLP
  | 2200 Paseo Verde Pkwy., Suite 250
3 | Henderson, NV  89052
  | (702) 369-5960 / FAX (702) 369-4955
4 | File No. 10-91360

5 | Attorneys for Secured Creditor
  | BANK OF THE WEST

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re, | BK No.: BK-S-10-51119-GWZ |
|---|---|
| PAUL C. WEBER AND ETHEL L. WEBER, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BANK OF THE WEST, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Jeremy T. Bergstrom, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
    Henderson, NV  89052
    PH (702) 369-5960

                                        MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    <u>May 12, 2010</u>        By:    <u>/s/ Jeremy T. Bergstrom, Esq.</u>
                                        Jeremy T. Bergstrom, Esq.
                                        Attorney for Secured Creditor

1

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on   May 13, 2010  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
John S. Bartlett
1201 Johnson St. Ste 130
Carson City, NV  89706

CHAPTER 13 TRUSTEE:
William A. Van Meter
P.O. Box 6630
Reno, NV  89513

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

　　　　　　　　　　　　　　　　 /s/ Sara L. Aslinger
　　　　　　　　　　　　　　　An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-91360/rfsnlv.dot/sla)**

2