# United States Bankruptcy Court
## District of Nevada

To:                     GREG WILDE

**CM/ECF Customer Support Help Desk: (866) 232–1266 (toll free)**
**E–mail: helpdesk@nvb.uscourts.gov**

Case Number:            10–51119–gwz
Document Number:        40
In Re:                  WEBER
Filed On:               8/20/10
Title of PDF:           Notice of Hearing

## THE FOLLOWING DISCREPANCIES HAVE BEEN FOUND ON THE DOCKET:

**Please note: No hearing(s) will be placed on calendar for these document(s).**

☑ Discrepancy:
You are REQUIRED to redocket and attach a corrected image.
Conflicting courtroom location in body of document. Please redocket.

## PLEASE REVIEW THE FOLLOWING DEFICIENCY

☐ Financial Management Course (Official Form 23):

   ☐ Official Form 23 was not filed. Please file by or your case could be closed
     without a discharge and a fee incurred for reopening. If a joint petition is filed, each spouse must complete and file a separate Official Form 23. The form can be accessed on the court's web site at http://www.nvb.uscourts.gov/LocalRules_Forms/Official_forms.htm.

   ☐ Signature(s) missing from Official Form 23. Please file an amended Official Form 23 by
     or your case could be closed without a discharge and a fee incurred for reopening. The form can be accessed on the court's web site at http://www.nvb.uscourts.gov/LocalRules_Forms/Official_forms.htm.

   ☐ Filing fees are due. A Motion to Reopen Case for the Issuance of a Discharge was filed to allow
     the debtor(s) to file Official Form 23. However, the motion was filed without the required filing fee. The case cannot be reopened and a discharge cannot be entered until the filing fee of $ is submitted in full.

☐ Other: