

**Entered on Docket
December 03, 2010**

_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

GE Money Bank
10-73233

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-51119-gwz |
|---|---|
| Paul C. Weber and Ethel L. Weber | Date: 11/19/2010<br>Time: 1:30 pm |
| | Chapter 13 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property, generally described

///

1  as:

2  YEAR: 2007
3  MAKE: KEYSTONE
   MODEL: 3585SA
4  VIN: 4YDF3582474703721

5  IT IS SO ORDERED this _____ day of _____, 2010
   Submitted by:
6
7  **WILDE & ASSOCIATES**

8  By:_____
   Gregory L. Wilde, Esq.
9  Attorney for Secured Creditor

10 **APPROVED / DISAPPROVED**

11 By:_____
   John S. Bartlett
12 Attorney for Debtor(s)

13
   **APPROVED / DISAPPROVED**
14
   By:_____
15 William Van Meter
   Chapter 13 Trustee
16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_    The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_    No party appeared at the hearing or filed an objection to the motion.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor